UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIVEK BAINS,

   Petitioner,

  v.

KRISTI NOEM, et al.,

   Respondents.

No.  1:25-cv-01998-DAD-EFB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 9, 14)

Petitioner Vivek Bains is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 13.)  Specifically, the magistrate judge found that petitioner was previously detained by immigration authorities, was released on conditions by those authorities, and therefore had a protected liberty interest in his continued release.  (*Id.* at 2–5.)  Accordingly, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated his due process rights.  (*Id.* at 5–6.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)  On April 10, 2026, respondents filed their objections to the pending findings and

1

recommendations. (Doc. No. 14.) Respondents' objections comprise a single sentence stating that it objects to the findings and recommendations based on the same arguments raised in their previous briefing and citations to out-of-circuit authority that the court has rejected as unpersuasive on several occasions. (*Id.* at 1–2.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on March 24, 2026 (Doc. No. 13) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence; and

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE